UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWLAND 3 INVESTMENTS, LLC, EAST STREET AUTO WASH, INC., and JEFF McCARTY,<br><br>        Plaintiffs,<br><br>    v.<br><br>HERITAGE COAL COMPANY, LLC,<br><br>        Defendant. | Case No. 09-cv-451-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the above-captioned parties' Stipulation of Dismissal (Doc. 59) with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation. Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: September 23, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**